**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Evangelina MONARRES, Defendant–
Appellant.**

**No. 07–10093.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Nicolle Jacqueline Krivda, Office of the
U.S. Attorney, Tucson, AZ, for Plaintiff–
Appellee.

Sean Bruner, Esq., Tucson, AZ, for De-
fendant–Appellant.

Evangelina Monarres, Florence, AZ, pro
se.

Before: BEEZER, FERNANDEZ, and
McKEOWN, Circuit Judges.

MEMORANDUM **

Evangelina Monarres appeals from the
121–month sentence imposed following her
guilty-plea conviction for multiple counts of
possession with intent to distribute and
importation of methamphetamine, cocaine,
and heroin. We have jurisdiction pursuant
to 28 U.S.C. § 1291. We affirm, but re-
mand for amendment of the judgment.

Monarres contends that the district
court erred by failing to apply a downward
adjustment for being a minor participant
pursuant to U.S.S.G. § 3B1.2. This conten-
tion fails because the record demonstrates
that Monarres knowingly imported ap-
proximately three million dollars worth of
illegal narcotics with the expectation of
receiving an economic benefit. *See United
States v. Hursh,* 217 F.3d 761, 770 (9th
Cir.2000).

Monarres also contends the district
court should have held an evidentiary
hearing. The district court did not plainly
err in not holding an evidentiary hearing,
because the district court was entitled to
rely on undisputed statements in the pre-
sentence report at sentencing. *See United
States v. Ameline,* 409 F.3d 1073, 1085 (9th
Cir.2005) (en banc).

In its oral decision, the district court
sentenced Monarres to a term of imprison-
ment of 121 months; however, the judg-
ment and commitment order states that
Monarres was sentenced to 120 months
imprisonment. We remand for the district
court to make the written judgment con-
sistent with the oral pronouncement. *See
United States v. Hicks,* 997 F.2d 594, 597
(9th Cir.1993).

**AFFIRMED; REMANDED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.